# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY WHEELER,<br><br>  Plaintiff,<br><br>  v.<br><br>CREDIT BUREAU OF SANTA MARIA dba THE CREDIT BUREAU OF SAN LUIS OBISPO AND SANTA BARBARA COUNTIES,<br><br>  Defendant. | Case No.: CV15-02684 SVW (Ex)<br><br>**ORDER ENTERING JUDGMENT AGAINST DEFENDANT CREDIT BUREAU OF SANTA MARIA DBA THE CREDIT BUREAU OF SAN LUIS OBISPO AND SANTA BARBARA COUNTIES**<br><br>HON. STEPHEN V. WILSON |

On September 9, 2015, Defendant CREDIT BUREAU OF SANTA MARIA DBA THE CREDIT BUREAU OF SAN LUIS OBISPO AND SANTA BARBARA COUNTIES ("Defendant") made an Offer of Judgment to Plaintiff TROY WHEELER ("Plaintiff"). [ECF No. 30]. Thereafter, Plaintiff accepted said Offer on September 9, 2015. [ECF No. 31]. Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. Judgment is entered in favor of Plaintiff and against Defendant pursuant to Federal Rule of Civil Procedure, Rule 68; and,

2. Said Judgment shall be for the sum of $5,001.00 (five thousand and one dollars and zero cents); plus Plaintiff's reasonable attorneys' fees; and, costs.

Dated: September 11, 2015

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE